AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

FILED
CLERK'S OFFICE

DISTRICT OF MASSACHUSETTS  2004 MAR -8 A 8: 36

U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| RICHARD A. RAMEY AKA TONY RAMEY | CASE NUMBER: 04-1681-CBS |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___RICHARD A. RAMEY AKA TONY RAMEY___
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
through the use of a telephone or other instrument of interstate commerce, or in or affecting interstate commerce, willfully making a threat and maliciously conveying false information knowing the same to be false, concerning an attempt and alleged attempt being made, and to be made, unlawfully to damage and destroy any building by means of fire and explosive

in violation of Title ___18___ United States Code, Section(s) ___844(e)___

Charles B. Swartwood, III
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

2-25-04 @ Boston, MA.
Date and Location

Bail fixed at $ _____  by _____
                                Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ___Worcester, MA___ | | |
| DATE RECEIVED 3/5/04 | NAME AND TITLE OF ARRESTING OFFICER John F. Van Kleeff Special Agent - FBI | SIGNATURE OF ARRESTING OFFICER John F. Van |
| DATE OF ARREST 3/5/04 | | |

This form was electronically produced by Elite Federal Forms, Inc.