**FINANCIAL AFFIDAVIT**

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. v.s. Ramey
FOR: Massachusetts AT Worcester

LOCATION NUMBER: ▶

PERSON REPRESENTED (Show your full name): Richard Ramey

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: 04-168?
District Court: ▶
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →): ☐ Felony ☐ Misdemeanor
18 U.S.C. 844(e)

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ 2/04 $1,500
If married is your Spouse employed? ☒ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ Separated
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
RECEIVED: $ _____   SOURCES: N/A

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 200.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $ $1,800   DESCRIPTION: '93 Chevy Cavalier

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
___ SINGLE
___ MARRIED
___ WIDOWED
☒ SEPARATED OR DIVORCED
Total No. of Dependents: 2
List persons you actually support and your relationship to them: Chasen Ramey, Jacob Ramey

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| 10 Chase St. Leominster | | $ | $ 750 |
| Utilities | | $ | $ 40 |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ Richard Ramey