```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA    )    CRIMINAL NO. 04CV 10091 MEL
                            )    VIOLATIONS:
         v.                 )    18 U.S.C. § 844(e) -
                            )    Threat of Damage by Explosive
RICHARD RAMEY               )
a/k/a TONY RAMEY            )
                            )

## INDICTMENT

COUNT ONE:    (18 U.S.C. § 844(e) - Threat of Damage by Explosive)

The Grand Jury charges that:

On or about February 12, 2004, at Hudson, in the District of Massachusetts, and elsewhere,

RICHARD RAMEY a/k/a TONY RAMEY,

defendant herein, did, through the use of a telephone and other instrument of interstate commerce, and in and affecting interstate commerce, willfully make a threat and maliciously convey false information knowing the same to be false, concerning an attempt and alleged attempt being made, and to be made, to kill, injure, and intimidate any individual and unlawfully to damage and destroy any building, vehicle, and other real and personal property by means of fire and an explosive.

All in violation of Title 18, United States Code, Section 844(e).

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY


*[signature]*
JOHN A. CAPIN
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS                March 31, 2004
                                              4:03pm

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk