UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES OF AMERICA,           )
                                   )
                                   )
        v.                         )    **CRIMINAL ACTION**
                                   )    **NO. 04-10091-MEL**
RICHARD A. RAMEY,                  )
        Defendant,                 )
_____)

### INITIAL STATUS REPORT
### May 19, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Lasker, J. to whom this case is assigned:

1.  <u>Discovery</u>

The Government is waiting for one item of discovery, which upon its receipt, will be forwarded to counsel for Mr. Ramey.

2.  <u>Plea Negotiations</u>

The parties are involved in plea discussions and have requested additional time to complete those discussions. I have granted that request.

3.  <u>Further Status Conference</u>

A further status conference shall be held in this case on <u>June 24, 2004, at 9:45 a.m., in Courtroom 16, Fifth Floor, John Joseph</u>

<u>Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts</u>.

    4.   <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from April 20, 2004 (date of expiration of prior order of excludable time) through June 24, 2004 (date by which both discovery and plea negotiations should be completed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, September 2, 2004</u>.

                                   /s/Charles B. Swartwood, III
                                   CHARLES B. SWARTWOOD, III
                                   MAGISTRATE JUDGE