UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
         v.                         )   CRIMINAL ACTION
                                    )   NO. 04-10091-MEL
RICHARD A. RAMEY,                   )
         Defendant,                 )
_____)

**ORDER OF EXCLUDABLE TIME**
**May 19, 2004**

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from April 20, 2004 (date of expiration of prior order of excludable time) through June 24, 2004 (date by which both discovery and plea negotiations should be completed) shall be excluded from the Speedy Trial Act.

                              /s/Charles B. Swartwood, III
                              CHARLES B. SWARTWOOD, III
                              MAGISTRATE JUDGE