UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10091-MEL |
| | ) | |
| RICHARD A. RAMEY | ) | |

## JOINT STATUS REPORT

Defendant, Richard Ramey, and the United States, by and through their respective attorneys, submit this joint status report regarding the Final Status Conference now scheduled for June 30, 2004. Defendant intends to plead guilty to the indictment without a plea agreement. The parties therefore request that the Final Status Conference be cancelled and the docket be referred to the District Court for the scheduling of a Rule 11 hearing.

The parties agree that under prior Orders of this Court, the period of time up to and including June 24, 2004 was excluded from calculation under the Speedy Trial Act as the parties were engaged in discovery and negotiation of a disposition. The parties agree that te period from June 24, 2004 up to June 30, 2004 is similarly excludable.

Respectfully submitted,

| | |
|---|---|
| MICHAEL SULLIVAN<br>UNITED STATES ATTORNEY | RICHARD A. RAMEY<br>By His Attorney, |
| /s/ Timothy Watkins o/b/o<br>John A. Capin<br>Assistant United States Attorney<br>United States Courthouse<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>Tel: 617-748-3264 | /s/ Timothy Watkins<br>Timothy G. Watkins<br>Federal Defender Office<br>408 Atlantic Ave. 3rd Floor<br>Boston, MA 02110<br>Tel: 617-223-8061 |