UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS


_____ )
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )    CRIMINAL ACTION
                               )    NO. 04-10091-MEL
RICHARD A. RAMEY,              )
         Defendant,            )
_____ )


                    FINAL STATUS REPORT
                       July 14, 2004

**SWARTWOOD, M.J.**

   The following is a Final Status Report to Lasker, J. to whom this case is assigned:

   1.   <u>Rule 11 Hearing</u>

   Counsel for the parties report that although they have not reached a plea agreement, they request that this case be returned to Judge Lasker for a Rule 11 hearing.  I have granted that request.

   2.   <u>Excludable Time</u>

   With the assent of counsel for the parties, I have previously excluded from the Speedy Trial Act, the entire period from date of arraignment through June 24, 2004.  Additionally, with the assent of counsel for the parties, I am further excluding the period from June 24, 2004 to June 30, 2004 (a period of time during which plea negotiations were concluded).  Therefore, assuming no further

order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, September 8, 2004</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
MAGISTRATE JUDGE