**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
(FAX) 617-223-8080

February 17, 2005

Mr. George Howarth, Courtroom Clerk
Hon. Morris E. Lasker
United States District Court
One Courthouse Way
Boston, MA 02210

    Re: <u>United States v. Richard Ramey</u>
        No. 04-10091-MEL

Dear Mr. Howarth:

    Attached kindly find letters of support in regard to today's sentencing in the above matter. Please forward them to Judge Lasker at your convenience.

    Thank you for your consideration in this matter. Please feel free to call me with any questions you may have.

        Sincerely,

        /s/ Timothy G. Watkins
        Timothy G. Watkins

cc: AUSA John Capin (via ECF)